No. 956. HOWARD *v*. LYONS ET AL. C. A. 1st Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Bernard Cedarbaum* for petitioner.

No. 877. THE TUNGUS ET AL. *v*. SKOVGAARD, ADMINISTRATRIX, ET AL. C. A. 3d Cir. Certiorari granted. *James M. Estabrook* and *David P. H. Watson* for petitioners. *Nathan Baker* and *Milton Garber* for Skovgaard, respondent.

No. 929. SCULL *v*. VIRGINIA EX REL. COMMITTEE ON LAW REFORM AND RACIAL ACTIVITIES. Supreme Court of Appeals of Virginia. Certiorari granted. *Joseph L. Rauh, Jr., John Silard* and *Karl Sorg* for petitioner. *Leslie Hall* for respondent.

No. 955. UNITED NEW YORK AND NEW JERSEY SANDY HOOK PILOTS ASSOCIATION *v*. HALECKI, ADMINISTRATRIX. C. A. 2d Cir. Certiorari granted. *Lawrence J. Mahoney* for petitioners. *Nathan Baker, Bernard Chazen* and *Milton Garber* for respondent.

No. 968. CRUMADY *v*. THE JOACHIM HENDRIK FISSER ET AL.; and

No. 971. THE JOACHIM HENDRIK FISSER *v*. NACIREMA OPERATING CO., INC. C. A. 3d Cir. Certiorari granted. *Abraham E. Freedman* for petitioner in No. 968. *John H. Dougherty* for petitioner in No. 971, and The Joachim Hendrik Fisser et al., respondents in No. 968. *John J. Monigan, Jr.* for the Nacirema Operating Co., Inc., respondent. Reported below: 249 F. 2d 818.